1   Young Cho
    Attorney at Law: 189870
2   Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
3   Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
4   Fax: (562)868-8868
    E-mail: rohlfing_office@speakeasy.net
5
    Attorneys for Plaintiff
6   Linda K. Thompson

7

8

9

10                  **UNITED STATES DISTRICT COURT**

11                  **CENTRAL DISTRICT OF CALIFORNIA**

12   LINDA K. THOMPSON,                  )   Case No.: CV 10-5990 E
                                         )
13             Plaintiff,                )   [~~PROPOSED~~] ORDER AWARDING
                                         )   EQUAL ACCESS TO JUSTICE ACT
14   vs.                                 )   ATTORNEY FEES AND EXPENSES
                                         )   PURSUANT TO 28 U.S.C. § 2412(d)
15   MICHAEL J. ASTRUE,                  )
     Commissioner of Social Security,    )
16                                       )
               Defendant                 )
17                                       )
                                         )
18   _____)

19       Based upon the parties' Stipulation for the Award and Payment of Equal

20   Access to Justice Act Fees, Costs, and Expenses:

21       IT IS ORDERED that fees and expenses in the amount of $3,000.00 as

22   authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23   DATE: 3/31/11

24   _____
     THE HONORABLE CHARLES F. EICK
25   UNITED STATES MAGISTRATE JUDGE

26

-1-